UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0203-JCC |
| Plaintiff, | ORDER |
| v. | |
| FREDERICK JACKSON, | |
| Defendant. | |

This matter comes before the Court on the Government's unopposed motion to dismiss the indictment against Defendant Frederick Jackson in the above-captioned case (Dkt. No. 121). Having thoroughly considered the relevant record, the Court GRANTS the motion pursuant to Federal Rule of Criminal Procedure 48(a). The Court hereby ORDERS that the indictment against Defendant Frederick Jackson is DISMISSED without prejudice.

DATED this 5th day of February 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE